# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ-21-13-M-JTJ/KLD |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| AFRAH AHMED ABDI, | |
| Defendant. | |

Upon the unopposed motion of the United States of America and for good cause shown, the complaint is dismissed without prejudice. See R. Crim. P. 48(a).

DATED this 1st day of April, 2021.

_____
John Johnston
United States Magistrate Judge

1